# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:11CR132 |
| vs. | ) | ORDER |
| MATT MC DERMOTT, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Matt McDermott (McDermott) for permission to travel (Filing No. 51). McDermott was released upon conditions pending a dispositional hearing before Judge Bataillon at 8:30 a.m. on May 18, 2012 (Filing No. 48). Upon consideration, the motion will be granted. McDermott may travel to Colorado for the purpose of visiting family members in Colorado Springs, Colorado, for period of May 3-6, 2012. McDermott shall provide his probation officer with the names and addresses of the family he will be visiting in advance of his travel.

**IT IS SO ORDERED.**

DATED this 30th day of April, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge