```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )          8:11CR132
                               )
        v.                     )
                               )
MATT McDERMOTT,                )              ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court after hearing with defendant present. Donald L. Schense was present. Plaintiff was represented by Douglas Semisch. At defendant's request, he will be given additional time to secure other counsel. The hearing on the petition and amended petition for warrant or summons for offender under supervision will be continued. Accordingly,

IT IS ORDERED:

1) The hearing on the petition (Filing No. 41) and amended petition (Filing No. 56) for offender under supervision is rescheduled for:

**Thursday, September 13, 2012, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. No further continuances will be granted.

2) Defendant is subject to the same terms and conditions of electronic monitoring as imposed by the Court's order of May 23, 2012 (Filing No. 65).

3) Defendant shall advise the Court when he obtains other counsel, and counsel shall enter an appearance in this matter as soon as practicable.

DATED this 12th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court