IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:11CR132 |
| | ) | |
| v. | ) | |
| | ) | |
| MATT McDERMOTT, | ) | ORDER NUNC PRO TUNC |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after hearing with defendant present. Donald L. Schense was present. Plaintiff was represented by Douglas Semisch. At defendant's request, he will be given additional time to secure other counsel. The hearing on the petition and amended petition for warrant or summons for offender under supervision will be continued. Accordingly,

IT IS ORDERED:

1) The hearing on the petition (Filing No. 41) and amended petition (Filing No. 56) for offender under supervision is rescheduled for:

**Thursday, September 13, 2012, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. No further continuances will be granted.

2) Defendant is subject to the same terms and conditions of electronic monitoring as imposed by the Court's order of May 23, 2012 (Filing No. 65).  Defendant is also subject to other special conditions, i.e., the defendant shall not possess a firearm and defendant shall not leave email or voicemail messages during the period between today and the sentencing hearing on September 13, 2012, at 10 a.m.

3) Defendant shall advise the Court when he obtains other counsel, and counsel shall enter an appearance in this matter as soon as practicable.

DATED this 13th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court